| 1. Person Reporting (last name, first, middle initial) Kaplan, Lewis A | 2. Court or Organization U.S. District Court, S.D.N.Y. | 3. Date of Report 6/2/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse 500 Pearl Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Handy Place Investment Partnership |
| 2. Trustee | Trust u/w/o ███████ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Various | Pension and retirement plan pmts -pension plans for benefit of retirees of Random House, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Zachary and Erica Richard | Book | $ 60 |
| 2. Earl and Elizabeth Menard | 60th birthday gift - whisky | $ 200 |
| 3. George and Janet Felleman | 60th birthday gift - book | $ 60 |
| 4. Healther Kilpatrick and Steve Byers | Wedding gift - Carving set | $ 200 |
| 5. Roberta and Michael Cook | Glass bowl | $ 80 |
| 6. Diane Zimmerman and Cavin Leeman | Placemats and napkins | $ 50 |
| 7. Betsy and Max Gitter | Basket and napkins | $ 25 |
| 8. Clare de Zengotita | Placemats, napkins and plant hanger | $ 35 |
| 9. Dan Dwyer and Jim Montanari | Daffodil bulbs and trowel | $ 40 |
| 10. Marcia Chambers and Stanton Wheeler | Cheese board | $ 20 |
| 11. Lydia and Ben Kukoff | Cutting board | $ 15 |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

27.

28.

29.

30.

31.

32.

33.

34.

35.

36.

37.

38.

39.

40.

41.

42.

43.

44.

45.

46.

47.

48.

49.

50.

51.

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

2. _____

3. _____

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. Kinderhook CSD 6 07 ▉ | B | Interest | K | T | None | | | | |
| 3. NYS Pwr A Ser D 5.875 10 ▉ | A | Interest | J | T | None | | | | |
| 4. NYS Pwr A GP 5.375 10 | B | Interest | K | T | None | | | | |
| 5. NYS Pwr A Ser GP 5.5 10 ▉ | A | Interest | J | T | None | | | | |
| 6. NYS Pwr A Ser F 5.5 10 | A | Interest | K | T | Pt Redempt | 1-3 | J | A | |
| 7. Mun Inv Trust Ser A NY | A | Interest | J | T | Pt Redempt | 2-25 | J | A | |
| 8. | | | | | Pt Redempt | 3-28 | | | |
| 9. | | | | | Pt Redempt | 5-25 | J | A | |
| 10. | | | | | Pt Redempt | 6-27 | J | A | |
| 11. | | | | | Pt Redempt | 8-25 | J | A | |
| 12. | | | | | Pt Redempt | 12-27 | J | A | |
| 13. | | | | | Pt Redempt | 12-30 | J | A | |
| 14. [left blank] | | | | | | | | | |
| 15. PW 1986 EES lim ptn | C | Distribution | J | W | None | | | | |
| 16. Handy Place Invest Part | | None | J | W | None | | | | |
| 17. 20th Cent Ultra F | | None | | | Redemption | 3-23 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Westchester Co 5.6 07 | B | Interest | K | T | None | | | | |
| 19. Clarkstown 5.6 08 | D | Interest | M | T | None | | | | |
| 20. NYC Mun Wtr 5.375 07 | A | Interest | J | T | None | | | | |
| 21. NYC Mun Wtr 5.375 07 ▇ | B | Interest | K | T | None | | | | |
| 22. NYS MCFFA 5.125 12 | C | Interest | L | T | None | | | | |
| 23. NYS Twy 5.0 08 ▇ | B | Interest | | | Redemption | 4-29 | L | A | |
| 24. Oneida 6.4 06 | A | Interest | K | T | None | | | | |
| 25. Kinderhook CSD 6 07 | A | Interest | J | T | None | | | | |
| 26. Ramapo 5.6 08 | A | Interest | J | T | None | | | | |
| 27. NYS UDC 5.4 06 | B | Interest | K | T | None | | | | |
| 28. Nassau Co 5.125 13 | C | Interest | | | Redemption | 11-1 | L | B | |
| 29. NYS Dorm 5.7 10 | A | Interest | J | T | None | | | | |
| 30. NYS Dorm 5.375 14 | C | Interest | | | Redemption | 7-1 | L | A | |
| 31. NYS Dorm 5.125 08 | D | Interest | M | T | None | | | | |
| 32. NYS Dorm 5.25 13 | C | Interest | L | T | None | | | | |
| 33. Fidelity Fund | | None | | | Redemption | 2-25 | N | A | |
| 34. Fidelity Large Cap Fund | | None | | | Redemption | 2-25 | N | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Triboro BTA 4.5 13 ▉ | B | Interest | K | T | None | | | | |
| 36. Puerto Rico MFA 5.5 09 ▉ | B | Interest | K | T | None | | | | |
| 37. NYS Dorm 5.125 11 ▉ | C | Interest | L | T | None | | | | |
| 38. Triboro BTA 4.3 11 | A | Interest | K | T | None | | | | |
| 39. Triboro BTA 4.75 16 | A | Interest | K | T | None | | | | |
| 40. NYC Mun Wtr 4.9 13 | B | Interest | L | T | None | | | | |
| 41. Commack UFSD 4.375 13 | D | Interest | M | T | None | | | | |
| 42. NYS Mtg Agy 5.45 12 | D | Interest | M | T | None | | | | |
| 43. NYS Twy 5.125 13 | C | Interest | M | T | None | | | | |
| 44. So Glens Falls CSD 5.25 14 | C | Interest | L | T | None | | | | |
| 45. NY Tran at MTA 5.2 10 | D | Interest | M | T | None | | | | |
| 46. NYS Env Fac 5.125 11 | C | Interest | L | T | None | | | | |
| 47. NYS Dorm 5.125 11 | D | Interest | M | T | None | | | | |
| 48. NYS Dorm 5.1 12 ▉ | B | Interest | K | T | None | | | | |
| 49. NYS Env Fac 4.55 13 | B | Interest | L | T | None | | | | |
| 50. NYS Env Fac 4.95 17 | C | Interest | L | T | None | | | | |
| 51. ML Bk/B&T RASP | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC Trans 5.0 19 | C | Interest | M | T | None | | | | |
| 53. Greece CSD 4.5 17 | C | Interest | M | T | None | | | | |
| 54. NYS Env Fac 4.2 12 | C | Interest | M | T | None | | | | |
| 55. MTA 4.0 12 | C | Interest | M | T | None | | | | |
| 56. MTA 4.0 13 | C | Interest | M | T | None | | | | |
| 57. NYC 4.375 11 | C | Interest | M | T | None | | | | |
| 58. FNMA 5.0 12 | D | Interest | M | T | None | | | | |
| 59. NM Bank Amer 6.5 17 | C | Interest | | | Redemption | L | | | |
| 60. ML Bank | A | Interest | | | Withdrawal | 12-7 | K | | |
| 61. Triboro BTA 3.75 13 | C | Interest | M | T | None | | | | |
| 62. William Floyd UFSD 4.125 15 | C | Interest | M | T | None | | | | |
| 63. MTA 5.0 23 | C | Interest | M | T | None | | | | |
| 64. GECC 4.75 13 | D | Interest | M | T | None | | | | |
| 65. Pacific Innov Select annuity | | None | M | T | None | | | | |
| 66. Nat City Bk fka Provident Bank 5.0 15 | C | Interest | L | T | None | | | | |
| 67. FHLMC multi % 18 | D | Interest | M | T | None | | | | |
| 68. Hudson United Bk 5.05 13 | C | Interest | K | T | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYC Ser J 4.625 18 | D | Interest | M | T | None | | | | |
| 70. NYS Dorm 5.0 19 | D | Interest | M | T | None | | | | |
| 71. MTA 4.75 26 | D | Interest | N | T | None | | | | |
| 72. Long Island Pwr 4.75 24 | C | Interest | M | T | None | | | | |
| 73. NYS Dorm 4.75 25 | C | Interest | L | T | None | | | | |
| 74. Western Bank Puerto Rico | A | Interest | K | T | None | | | | |
| 75. FNMA 5.55 14 | C | Interest | | | Redemption | 1-31 | N | A | |
| 76. NM Bank Amer 4.65 12 | B | Interest | K | T | None | | | | |
| 77. Capitol One Bk 4.75 10 | C | Interest | L | T | None | | | | |
| 78. ML Bank | C | Interest | | | Withdrawal | 12-7 | L | | |
| 79. Port Auth NY&NJ 4.2 19 ▉ | C | Interest | L | T | None | | | | |
| 80. NYS Dorm 4.625 18 ▉ | D | Interest | M | T | None | | | | |
| 81. Prudential Ins Co guar inv acct | C | Interest | | | Sold | 3-8 | N | | |
| 82. Prudential Fin Inc stock | A | Dividend | | | Sold | 3-8 | J | | |
| 83. Fidelity Eq Income Fund | A | Distribution | | | Sold | 3-15 | L | | |
| 84. Fidelity US Govt Reserves Fund | A | Distribution | | | Sold | 3-14 | K | A | |
| 85. ML Bank USA RASP | A | Dividend | K | T | Open | 4-15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schwab Money Mkt | A | Dividend | J | T | | | | | |
| 87. Schwab Money Mkt (IRA) | A | Dividend | | | Closed | 3-10 | K | A | |
| 88. JP Morgan Chase acct | D | Interest | O | T | | | | | |
| 89. NY Life whole life policies | B | Dividend | L | T | None | | | | |
| 90. ML CMA NY Mun Money | A | Interest | L | T | Opened | 12-7 | L | | |
| 91. MTA Adj% 26 | C | Interest | L | T | Buy | 2-15 | L | | |
| 92. E Meadow 4.9 06 | B | Interest | K | T | None | | | | |
| 93. US Treas bill | | | | | Buy | 1-19 | L | | |
| 94. | | | | | Redemption | 4-14 | L | D | |
| 95. ML CMA NY Mun Money ⬤ | A | Interest | K | T | Opened | 12-7 | K | | |
| 96. MTA Adj% 26 ⬤ | B | Interest | K | T | Buy | 2-9 | K | | |
| 97. Ulster Co 4.25 21 | | None | L | T | Buy | 11-5 | L | | |
| 98. NYS Dorm 4.0 19 | | None | K | T | Buy | 5-26 | K | | |
| 99. Banco Bilbao 4.46 12 | C | Interest | K | T | Buy | 2-14 | L | | |
| 100. First Eagle Global Cl C | D | Distribution | M | T | Buy | Note | | | |
| 101. Davis NY Venture Cl Y | C | Dividend | M | T | Buy | 3-23 | M | | |
| 102. ML Large Cap Value Cl I | D | Distribution | M | T | Buy | 3-28 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Everegreen Sp Values Cl A | D | Distribution | L | T | Buy | 3-28 | L | | |
| 104. Pimco Comm Real Return Cl A | C | | L | T | Buy | 3-28 | L | | |
| 105. Pioneer Oak Ridge Small Cap Cl A | | None | L | T | Buy | 3-28 | K | | |
| 106. Goldman Sachs Mid Cap Cl A | D | Distribution | M | T | Buy | 3-28 | M | | |
| 107. Amer Inc Fund of Am Cl A | E | | O | T | Buy | 3-28 | O | | |
| 108. Muhlenkamp Fund | A | Dividend | K | T | Buy | 7-14 | K | | |
| 109. Fidelity Cash Reserves | A | Interest | | | Sold | | | A | |
| 110. Netbank CD ■ | A | Interest | | | Buy | 7-13 | L | | |
| 111. | | | | | Redemption | 10-12 | L | A | |
| 112. Israel Discount Bk CD ■ | A | Interest | | | Buy | 7-13 | L | | |
| 113. | | | | | Redemption | 10-12 | L | A | |
| 114. US Treas bill 0% 8-11-05 ■ | | None | | | Buy | 7-12 | K | | |
| 115. | | | | | Redemption | 8-11 | K | A | |
| 116. US Treas bill 0% 9-8-05 ■ | | None | | | Buy | 7-12 | K | | |
| 117. | | | | | Redemption | 9-8 | K | A | |
| 118. ML CMA NY Mun Money ■ | C | Dividend | M | T | Open | 3-29 | J | | |
| 119. ML Bank RASP ■ | A | Interest | K | T | Open | 3-2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New York NY Ser N 4.05 17 ■ | B | Interest | L | T | Buy | 4-15 | L | | |
| 121. Minisink CSD 4.0 12 ■ | B | Interest | L | T | Buy | 6-9 | M | | |
| 122. Wayne CSD 4.0 20 ■ | B | Interest | L | T | Buy | 6-21 | L | | |
| 123. Brookhaven CSD | | None | L | T | Buy | 4-21 | L | | |
| 124. Amer Inc Fd of Amer Cl A ■ | B | | L | T | Buy | 4-15 | L | | |
| 125. Davis NY Venture Cl Y ■ | A | | L | T | Buy | 4-13 | L | | |
| 126. Goldman Sachs Mid Cap Cl A ■ | B | Distribution | K | T | Buy | 4-15 | K | | |
| 127. Pimco Comm Real Return Cl A ■ | B | | K | T | Buy | 4-13 | K | | |
| 128. Royce Penn Mut Fd ■ | B | | K | T | Buy | 4-13 | K | | |
| 129. Scudder High Return ■ | A | | L | T | Buy | 4-15 | L | | |
| 130. Oakmark Select ■ | C | | L | T | Buy | 4-13 | L | | |
| 131. Community B&T 4.4 08 ■ | B | Interest | K | T | Buy | 4-20 | K | | |
| 132. FNMA multi% 09 ■ | A | Interest | K | T | Buy | 4-4 | K | | |
| 133. FNMA multi% 15 ■ | B | Interest | K | T | Buy | 4-22 | K | | |
| 134. HSBC Fin Corp 4.65 10 ■ | B | Interest | K | T | Buy | 4-7 | K | | |
| 135. Principal Life Inc. 5.0 12 ■ | B | Interest | K | T | Buy | 4-6 | K | | |
| 136. GECC 5.0 16 ■ | B | Interest | K | T | Buy | 4-7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NYS Dorm 4.0 19 ■ | | None | L | T | Buy | 5.26 | L | | |
| 138. Merrill Lynch Bank SLC 3.75 1-25-06 ■ | | None | L | T | Buy | 7-18 | L | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. █designates assets held as trustee u/w/o ██████
2. Values listed in Part V are estimates.
3. Part VII, line 100. Purchases made on 2-24 and 3-29.
4. Part VII, lines 104, 107, 124-125.and 127-130 include both dividends, capital gain distributions, or both.
5. Income for 1986 EES and Handy Place partnerships equals distributions

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 6/2/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date    6/1/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544